FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JAN 21 PM 3:35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE RAY PITTMAN** | CIVIL ACTION |
| **VERSUS** | NO. 09-7557 |
| **LYNETTE CONERLY, COURT REPORTER, ET AL.** | SECTION: "D"(1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by the plaintiff on January 13, 2010, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 21 day of January, 2010.

UNITED STATES DISTRICT JUDGE